IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **JOZZI RAINEY,** :<br>    :<br>    **Plaintiff,** :<br>    :<br>**v.** :<br>    :<br>**DEPUTY SHERIFF FREDERICK** :<br>**GRAY, and SERGEANT JOHN** :<br>**AHLVIN,** :<br>    :<br>    **Defendants.** : | Case No. 5:24-CV-00156-MTT |

**STATEMENT OF COUNSEL PURSUANT TO LOCAL RULE 5.1**

**COMES NOW**, Spencer D. Woody, Counsel for Defendants, in the above-captioned case, and pursuant to Rule 5.1 of the Local Rules of the United States District Court for the Middle District of Georgia, hereby certify that the identified documents below have been used and cited in Defendants' Joint Brief in Support of Motion for Summary Judgment and Statement of Material Undisputed Facts:

1. Defendants' Request for Admissions to Plaintiff Jozzi Rainey.

Respectfully submitted this 12th day of June, 2025.

*/s/ Duke R. Groover*
DUKE R. GROOVER
Georgia Bar No. 313225

*/s/ Lauren N. Schultz*
LAUREN N. SCHULTZ
Georgia Bar No. 818565

*/s/ Spencer D. Woody*
SPENCER D. WOODY
Georgia Bar No. 256598
*Attorneys for Defendants Gray and Ahlvin*

JAMES-BATES-BRANNAN-GROOVER-LLP
P.O. Box 4283
Macon, GA  31208

(478) 742-4280 (telephone)
(478) 742-8720 (facsimile)
dgroover@jamesbatesllp.com
lschultz@jamesbatesllp.com
swoody@jamesbatesllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of the filing to the attorneys of record.

Respectfully submitted this 12th day of June, 2025.

                */s/ Duke R. Groover*
                DUKE R. GROOVER
                Georgia Bar No. 313225

                */s/ Lauren N. Schultz*
                LAUREN N. SCHULTZ
                Georgia Bar No. 818565

                */s/ Spencer D. Woody*
                SPENCER D. WOODY
                Georgia Bar No. 256598
                *Attorneys for Defendants Gray and Ahlvin*

JAMES-BATES-BRANNAN-GROOVER-LLP
P.O. Box 4283
Macon, GA  31208
(478) 742-4280 (telephone)
(478) 742-8720 (facsimile)
dgroover@jamesbatesllp.com
lschultz@jamesbatesllp.com
swoody@jamesbatesllp.com