IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOZZI RAINEY, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00156-MTT |
| | * |
| DEPUTY SHERIFF FREDERICK GRAY et al., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 14, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 14th day of August, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk